IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
PENSACOLA DIVISION

FRANCIS LOVELACE-SPENCE,
    Plaintiff,

vs.                                  Case No.: 3:11cv478/MCR/EMT

LOAN CARE SERVICING CENTER, et al.,
    Defendants.
_____/

## REPORT AND RECOMMENDATION

    By order of this court dated December 19, 2011, Plaintiff was given thirty (30) days in which to file an amended complaint (*see* doc. 9).  That time elapsed, and having received no response from Plaintiff, the court entered an Order to Show Cause directing Plaintiff to show cause why this case should not be dismissed for Plaintiff's failure to comply with an order of the court (doc. 10). Plaintiff responded to the Order to Show Cause by filing a "notice of appeal" (doc. 11), which the district court denied as premature (doc. 12).  Although Plaintiff claimed in the notice not to have received a copy of the order dated December 19, 2011, the order to show cause placed Plaintiff on notice that such an order had entered, and thus that there was an issue with the initial complaint (*see* doc. 10, advising Plaintiff that, "[b]y order of this court dated December 19, 2011, Plaintiff was given thirty (30) days in which to file an amended complaint").

    By order dated February 7, 2012, Plaintiff was afforded the opportunity to comply with the December 19 order, or in the alternative, voluntarily dismiss the complaint within fourteen (14) days (doc. 13).  That time has elapsed, and the court has received no response from Plaintiff, despite the fact that Plaintiff was warned that failure to comply with an order of the court would result in a recommendation of dismissal of this action.

Accordingly, it is respectfully **RECOMMENDED**:

That this case be **DISMISSED without prejudice** for Plaintiff's failure to prosecute or failure to comply with an order of the court.

At Pensacola, Florida, this 29th day of February 2012.

/s/ *Elizabeth M. Timothy*
**ELIZABETH M. TIMOTHY**
**UNITED STATES MAGISTRATE JUDGE**

### NOTICE TO THE PARTIES

Any objections to these proposed findings and recommendations must be filed within fourteen (14) days after being served a copy thereof.  **Any different deadline that may appear on the electronic docket is for the court's internal use only**.  A copy of objections shall be served upon all other parties.  Failure to object may limit the scope of appellate review of factual findings.  *See* 28 U.S.C. § 636; United States v. Roberts, 858 F.2d 698, 701 (11th Cir. 1988).