IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
PENSACOLA DIVISION

FRANCIS LOVELACE-SPENCE,
    Plaintiff,

v.                                          Case No.: 3:11cv478/MCR/EMT

LOAN CARE SERVICING CENTER, et al.,
    Defendants.
_____/

## O R D E R

    This cause comes on for consideration upon the magistrate judge's Report and Recommendation dated February 29, 2012 (doc. 14). Plaintiff has been furnished a copy of the Report and Recommendation and has been afforded an opportunity to file objections pursuant to Title 28, United States Code, Section 636(b)(1). I have made a <u>de novo</u> determination of any timely filed objections.

    Having considered the Report and Recommendation, and any objections thereto timely filed, I have determined that the Report and Recommendation should be adopted.

    Accordingly, it is now **ORDERED** as follows:

    1.    The magistrate judge's Report and Recommendation is adopted and incorporated by reference in this order.

    2.    This case is **DISMISSED without prejudice** for Plaintiff's failure to prosecute or failure to comply with an order of the court.

    **DONE AND ORDERED** this 6th day of April, 2012.

*M. Casey Rodgers*
**M. CASEY RODGERS**
**CHIEF UNITED STATES DISTRICT JUDGE**